UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22464-CIV-SIMONTON (CONSENT CASE)

YAMILE AGUIAR et al.,

    Plaintiffs,

vs.

MAC. FLORIDIAN, LLC, et al.,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Approval of Settlement And Joint Stipulation of Dismissal With Prejudice, ECF No. [39]. The Honorable Kathleen M. Williams, United States District Judge, has referred this case to United States Magistrate Judge Andrea M. Simonton to take all necessary and proper action as required by law, through and including trial by jury and entry of final judgment, ECF No. [38]. The Court has considered the Joint Motion, the proposed settlement agreement entered into by the parties to this action, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval of Settlement and for dismissal of the action with prejudice is **GRANTED**. The Court retains jurisdiction until March 4, 2016 to enforce the terms of the parties' Settlement Agreement. The Clerk of Courts is directed to close this case and **DENY** all pending motions as

MOOT.

**DONE AND ORDERED** in chambers at Miami, Florida, on November 10, 2015.

_____
**ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE**

Copies provided via CM/ECF to:
All counsel of record